IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

JANINE KOVALCHICK, )
    Plaintiff, )
)
v. ) Civil Action No. 11-100
)
VERIZON, )
    Defendant. )

## ORDER OF COURT

AND NOW this 18 day of March, 2011, before the court is the parties' Joint Motion to Stay Pending Exhaustion of Administrative Review and Appeal Process [document #7], which seeks to stay the instant case pending the resolution of Plaintiff's claims and appeals procedures for ERISA benefits under Defendant's employee benefit plan. Upon consideration of the parties' argument, we will refrain from ruling on the outstanding motion, and in the interest of judicial economy, IT IS HEREBY ORDERED that the Clerk of Court is directed to mark this case ADMINISTRATIVELY CLOSED.

Nothing contained in this order shall be considered a dismissal or disposition of this matter, and should further proceedings in it become necessary or desirable, either party may initiate it in the same manner as if this order had not been entered.

BY THE COURT:

_____,C.J.

cc:    All Counsel of Record